1 Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Rebecca A. Whitlock-Allouche*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rebecca A. Whitlock-Allouche, <br><br> Plaintiff, <br> v. <br><br> Plusfour, Inc.; Amerassist A/R Solutions; Equifax Information Services, LLC; and Trans Union, LLC <br><br> Defendants. | Case No. 2:17-cv-01656-RFB-VCF <br><br> **Stipulation of Dismissal of Trans Union, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rebecca A. Whitlock-Allouche ("Plaintiff") and Defendant Trans Union, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 31st day of January 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason Rezvin
Jason Revzin, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union, LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 1st day of February, 2018.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 31, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148