Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Rebecca A. Whitlock-Allouche*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rebecca A. Whitlock-Allouche, <br><br> Plaintiff, <br><br> v. <br><br> Plusfour, Inc.; Amerassist A/R Solutions; Equifax Information Services, LLC; and Trans Union, LLC <br><br> Defendants. | Case No. 2:17-cv-01656-RFB-VCF <br><br> **Stipulation of Dismissal of Amerassist A/R Solutions** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rebecca A. Whitlock-Allouche ("Plaintiff") and Defendant Amerassist A/R Solutions ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 28th day of February 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ROPERS, MAJESKI, KOHN & BENTLEY**

By: /s/Timothy J. Lepore
Timothy J. Lepore, Esq.
Stephen J. Erigero, Esq.
3455 Cliff Shadows Pkwy., Ste. 150
Las Vegas, NV 89129
*Attorneys for Defendant*
*Amerassist A/R Solutions*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of February, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 28, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148