Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Rebecca A. Whitlock-Allouche*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rebecca A. Whitlock-Allouche, <br><br> Plaintiff, <br> v. <br><br> Plusfour, Inc.; Amerassist A/R Solutions; Equifax Information Services, LLC; and Trans Union, LLC <br><br> Defendants. | Case No. 2:17-cv-01656-RFB-VCF <br><br> **Stipulation of Dismissal of Plusfour, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rebecca A. Whitlock-Allouche ("Plaintiff") and Defendant Plusfour, Inc, ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of January 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**MORRIS LAW GROUP**

By: /s/ Raleigh C. Thompson
Ryan M. Lower, Esq.
Raleigh C. Thompson, Esq.
411 E. Bonneville Ave., Ste. 360
Las Vegas, NV 89101
*Attorneys for Defendant*
*Plusfour, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 4, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 3, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148